IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA f/u/b/o VATICA CONTRACTING, INC. | * | |
| Plaintiff | * | |
| v. | * | Case No.: AMD 02 CV 3720 |
| ST. PAUL CORPORATION t/a USF&G | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of United States Fidelity and Guaranty Company's Motion to Dismiss Vatica Contracting, Inc.'s Complaint for Failure to State a Claim Upon Which Relief Can be Granted and Insufficiency of Service of Process, and any response thereto, the same having been read and considered, it is this 14th day of January, 2003, by the United States District Court for the District of Maryland

**ORDERED**, that United States Fidelity and Guaranty Company's Motion to Dismiss Vatica Contracting, Inc.'s Complaint is hereby **GRANTED**; and it is

**FURTHER ORDERED**, that Vatica Contracting, Inc.'s Complaint is hereby **DISMISSED.** WITHOUT PREJUDICE AND WITH LEAVE TO FILE AN AMENDED COMPLAINT WITHIN 20 days.

_____
JUDGE, United States District Court