IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of VATICA CONTRACTING, INC. | * |
| Plaintiff | * |
| v. | * Case No.:AMD 02 CV 3720 |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY t/a USF&G | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Consent Motion to Extend Time for Filing Answer to Amended Complaint, the same having been read and considered, it is this 13th day of February, 2003, by the United States District Court for the District Court of Maryland

**ORDERED**, that the Consent Motion to Extend Time for Filing Answer to Amended Complaint is hereby **GRANTED**; and it is

**FURTHER ORDERED**, that United States Fidelity and Guaranty Company's deadline for filing an Answer to Vatica Contracting, Inc.'s Amended Complaint is extended until March 3, 2003.

_____
Judge, United States District Court

- 2 -

cc:    Adam Cizek, Esquire
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1300
Baltimore, Maryland 21202-1626
(410) 347-8717
Fax: (410) 347-9412

Leonard A. Sacks, Esquire
Leonard A. Sacks & Associates, PC
One Church Street, Suite 201
Rockville, Maryland 20850
(301) 738-2470
Fax: (301) 738-3705

*1473990*