IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b/o VATICA CONTRACTING, INC. | * * |
| Plaintiff | * |
| v. | * Case No. AMD 02 CV 3720 |
| UNITED STATES FIDELITY & GUARANTY COMPANY | * * |
| Defendant | * |

\* \* \* \* \* \*       \* \* \* \* \*

## LINE

Pursuant to the Court's Scheduling Order dated February 28, 2003, the United States of America f/u/b/o Vatica Contracting, Inc. and United States Fidelity & Guaranty Company, by their undersigned counsel, state the following::

1. The parties do not request an early settlement/ADR conference before the Court.

2. The parties have agreed to a limit of 40 hours of depositions of fact witnesses for each side.

3. There is no unanimous consent between the parties to proceed before a United States Magistrate Judge.

                                             /s/
                                          Cynthia E. Rodgers-Waire
                                          Federal Bar No. 22279
                                          Whiteford, Taylor & Preston, LLP
                                          7 St. Paul Street
                                          Baltimore, Maryland  21202
                                          (410) 347-8723

                                          Attorney for United States Fidelity & Guaranty Company

                                            /s/
                                          Leonard A. Sacks, Esquire
                                          Federal Bar No. 04257
                                          Leonard A. Sacks & Associates, P.C.
                                          One Church Street, Suite 201
                                          Rockville, Maryland  20850
                                          301-738-2470

                                          Attorney for United States of America f/u/b/o Vatica Contracting, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 14th day of March, 2003, a copy of the foregoing Line was electronically transmitted and/or mailed by first class, postage prepaid, to:

         Leonard A. Sacks, Esquire
         Leonard A. Sacks & Associates, P.C.
         One Church Street, Suite 201
         Rockville, Maryland  20850

                                           /s/
                                       Cynthia E. Rodgers-Waire

1479166

3