**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

August 21, 2003

MEMORANDUM TO COUNSEL RE:

Vatica Contracting, Inc. v. United States Fidelity & Guaranty Co.
Civil No. AMD 02-3720

    No motions having been filed, I very much want to get this non-jury case tried as soon as possible. (I do wish defendant would reconsider its refusal to consent to have a magistrate judge preside over this case.)

    I am holding the following dates for trial: October 20, 21, and 22; and November 4, 5, and 6. Please confer with your clients and witnesses, and with each other, immediately and tell me which two of these six days you wish to try the case. Please let me hear from you on or before Thursday, August 28, 2003.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt